UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GEORGE MCLAUGHLIN,

      Plaintiff,                         Case No.: 3:16-cv-176

vs.

COMMISSIONER                        District Judge Walter H. Rice
OF SOCIAL SECURITY,          Magistrate Judge Michael J. Newman

      Defendant.

---

**ORDER AND ENTRY: (1) GRANTING THE JOINT MOTION FOR REMAND
(DOC. 11); (2) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE
FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; AND
(3) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

This Social Security disability benefits appeal is presently before the Court on the parties'

joint motion to remand this case to the Commissioner for further administrative proceedings

pursuant to the Fourth Sentence of 42 U.S.C. § 405(g). Doc. 11. Based upon the stipulation of

the parties, and for good cause shown, **IT IS ORDERED THAT:** (1) the ALJ's non-disability

finding is found unsupported by substantial evidence, and the parties' joint motion for a remand

(doc. 11) is **GRANTED**; (2) this case is **REMANDED** to the Commissioner under the Fourth

Sentence of 42 U.S.C. § 405(g) for further proceedings; and (3) this case is **TERMINATED**

upon the Court's docket. The Clerk is **ORDERED** to enter judgment accordingly.

      **IT IS SO ORDERED.**

Date: _11-17-16_

_[signature]_
Walter H. Rice
United States District Judge